# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SMITH, | Case No. 18-cv-06360-SK |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| UNITED CONTINENTAL HOLDINGS, INC., et al., | |
| Defendants. | |

During the case management conference of January 28, 2019, Plaintiff agreed to withdraw the motion to remand the case to state court. However, Plaintiff did not advise of her intention to proceed with claims against Taneka Gibson, who has not been served in this case. The Court issues this Order to Show Cause as to why Gibson should not be dismissed because of Plaintiff's failure to serve her. Plaintiff must respond by February 8, 2019; if Plaintiff fails to respond, the Court will dismiss all claims against Gibson without prejudice.

**IT IS SO ORDERED**.

Dated: January 29, 2019

SALLIE KIM
United States Magistrate Judge